## A03A0583. HARALSON v. JOHN DEERE COMPANY.
### (610 SE2d 558)

MILLER, Judge.

In *John Deere Co. v. Haralson*, 278 Ga. 192 (599 SE2d 164) (2004), the Supreme Court of Georgia reversed the judgment of this Court in *Haralson v. John Deere Co.*, 262 Ga. App. 385 (585 SE2d 711) (2003). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ruffin, C. J., and Smith, P. J., concur.*

DECIDED FEBRUARY 3, 2005.

*Kitchens, Kelley & Gaynes, Mark A. Kelley,* for appellant.
*Alston & Bird, Candace N. Smith, Paul J. Kaplan,* for appellee.